## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Matthew Goldberg,                                    Civil No. 09-466 (RHK/SRN)

                         Plaintiff,                                    **ORDER**

vs.

National Action Financial Services, Inc.
and John Doe,

                         Defendants.
_____


Pursuant to the parties' Stipulation (Doc. No. 11), **IT IS ORDERED** that

the above-entitled action is hereby **DISMISSED WITH PREJUDICE,** without

costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 4, 2009


                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge